UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOMINGO GERMAN MACAVILCA,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN WIGGEN, *et al*,<br><br>Defendants. | Case No. C08-5637 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING COMPLAINT WITHOUT PREJUDICE |

The Magistrate Judge recommends this civil rights action be dismissed for failure to prosecute. Plaintiff has not filed an objection.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

DATED this 26th day of May, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1