UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOMINGO GERMAN MACAVILCA,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN WIGGEN, *et al*,<br><br>Defendants. | Case No. C08-5637 FDB<br><br>SUPERCEDING ORDER WITHDRAWING ORDER ADOPTING REPORT AND RECOMMENDATION [DKT # 14] AND DENYING REPORT AND RECOMMENDATION AS MOOT. |

On May 126, 2009 this Court adopted the Report and Recommendation of the Magistrate Judge that this civil rights action be dismissed for failure to prosecute.

The matter has not been abandoned, as Plaintiff has complied with the previous Order to submit service copies and service forms for service of Plaintiff's amended complaint.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find the Report and Recommendation MOOT.

(1) The Court denies the Report and Recommendation;

(2) The action is referred to the Magistrate Judge for further proceedings.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

DATED this 26th day of May, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE