UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOMINGO GERMAN MACAVILCA,

              Plaintiff,

   v.

WARDEN WIGGEN, *et al.*,

              Defendants.

No. C08-5637 FDB/KLS

**REPORT AND RECOMMENDATION**
**NOTED FOR: February 19, 2010**

This civil rights action has been referred to the undersigned United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.

It has been more than sixty days since the Court's latest mailings to Plaintiff were returned and the Court does not have a current address for the Plaintiff. Therefore, the undersigned recommends that the Court dismiss this action as Plaintiff appears to have abandoned his case.

**DISCUSSION**

On November 25, 2008, the court granted Plaintiff's application for leave to proceed *in forma pauperis* and filed his complaint. Dkts. 5 and 6. On January 1, 2009, following the court's order to show cause, Plaintiff filed an Amended Complaint. Dkts. 7 and 8. On February 12, 2009, mail sent by the court to Plaintiff was returned as undeliverable and on February 18, 2009, Plaintiff provided the court with notice that his new address was in Kearny, NJ. Dkts. 10

REPORT AND RECOMMENDATION - 1

and 11. Thereafter, the U.S. Department of Justice notified the court that Plaintiff had been removed to Peru by the U.S. Department of Homeland Security on February 2, 2009. Dkt. 12. However, Plaintiff continued to litigate his case through the New Jersey mailing address. *See* Dkt. 18. On September 29, 2009, Plaintiff provided the court with notice that his new address was now in Seattle, Washington. Dkt. 23. At the same time, he filed a response to the motion to dismiss of Defendant Clark. Dkt. 24.

On October 26, 2009, the court recommended that Defendant Clark's motion to dismiss be granted. Dkt. 25. The District Court adopted the recommendation and granted Mr. Clark's motion to dismiss. Dkt. 26.

The court's October 26, 2009 report and recommendation was mailed to Plaintiff at his Seattle address on October 26, 2009. Dkt. 25. That mail was returned as "not deliverable as addressed/unable to forward." Dkt. 27.

Plaintiff has not notified the Court of his current address.

Local Rule 41(b)(2) states:

A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro-se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

This action has existed more than sixty days without an address for the Plaintiff. Dismissal without prejudice for failure to prosecute is appropriate. Accordingly, the undersigned recommends **DISMISSAL WITHOUT PREJUDICE** for failure to prosecute pursuant to Local Rule 41(b)(2).

## CONCLUSION

The Court should dismiss this action without prejudice as Plaintiff has left no forwarding address and appears to have abandoned the case.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R.Civ.P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **February 19, 2010**, as noted in the caption.

DATED this 2nd day of February, 2010.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3