UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOMINGO GERMAN MACAVILCA,<br><br>                 Plaintiff,<br><br>  v.<br><br>WARDEN WIGGEN, *et al.*,<br><br>                 Defendants. | No. C08-5637 FDB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION AS ABANDONED** |

The Magistrate Judge recommends that this civil rights action be dismissed as abandoned. Plaintiff has not filed an objection.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 24th day of February, 2010.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1