# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOMINGO GERMAN MACAVILCA

JUDGMENT IN A CIVIL CASE

v.

WARDEN WIGGEN, *et al.*,

CASE NUMBER: C08-5637FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.


   February 25, 2010                                        BRUCE RIFKIN
Clerk

                                                          *s/CM Gonzalez*
Deputy Clerk